**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Robert E. Blackburn, Judge**

Civil Action No. 05-cv-00524-REB-BNB

I. GIDEON IWAJOMO,

    Applicant,

v.

DOUGLAS MAURER, Department of Homeland Security, Denver, Colorado,

    Respondent.

## ORDER OF DISMISSAL WITH PREJUDICE

**Blackburn, J.**

The parties have filed a **Joint Stipulated Motion for Dismissal With Prejudice** [#10] on September 15, 2005.  After careful review of the motion and the file, the court has concluded that the motion should be granted and this action be dismissed with prejudice.

**THEREFORE IT IS ORDERED** as follows:

1.  That the **Joint Stipulated Motion for Dismissal With Prejudice** [#10] on September 15, 2005, is **GRANTED**; and

      2.  That this action is **DISMISSED WITH PREJUDICE**, each party to pay their own attorney fees and costs.

      Dated this 16th day of September, 2005, at Denver, Colorado.

                              BY THE COURT:

                              <u>s/ Robert E. Blackburn</u>
                              Robert E. Blackburn
                              United States District Court